# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

TANEKA BURRELL                                                   PLAINTIFF

V.                      No. 4:22-CV-1129-JTR

KILOLO KIJAKAZI, Acting Commissioner
Social Security Administration                         DEFENDANT

## **ORDER**

Plaintiff Taneka Burrell seeks judicial review of the administrative denial of her claims for disability insurance benefits. *Doc. 2*. The Commissioner has filed an Unopposed Motion to Remand for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). *Doc. 17*. The Motion states that Plaintiff's counsel does not oppose the requested remand. *Id*. at 1. Under the circumstances, remand is appropriate.

Accordingly, the Commissioner's Unopposed Motion to Remand (*Doc. 17*) is GRANTED. The Commissioner's prior decision is REVERSED, and this matter is REMANDED for further administrative proceedings and issuance of a new decision. This is a "sentence four" remand within the meaning of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

SO ORDERED, this 28th day of June, 2023.

_____
UNITED STATES MAGISTRATE JUDGE