UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

TANEKA BURRELL                                                                          PLAINTIFF

V.                                    No. 4:22-CV-1129-JTR

KILOLO KIJAKAZI, Acting Commissioner
Social Security Administration                                                          DEFENDANT

## JUDGMENT

Consistent with today's Order, IT IS CONSIDERED, ORDERED, AND ADJUDGED that judgment be entered for Plaintiff, Taneka Burrell, reversing the decision of the Commissioner and remanding this case to the Commissioner for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

DATED this 28th day of June, 2023.

_____
UNITED STATES MAGISTRATE JUDGE