IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

TANEKA BURRELL

VS.                                              4:22CV01129 JM

LELAND DUDEK, Acting Commissioner
Of Social Security Administration

## ORDER

The motion for authorization of attorney's fees under 42 U.S.C.§406(b) is GRANTED. (Docket # 24).  The Court finds the request for attorney's fees in the amount of $16,622.00 reasonable under the law.  Accordingly, the Court authorizes attorney's fees in the total amount of $16,622.00.

IT IS SO ORDERED this 30th day of April, 2025.

_____
UNITED STATES DISTRICT JUDGE